IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROSALINA VELAZQUEZ,

    Petitioner,                                    JUDGMENT IN A CIVIL CASE

  v.                                              Case No. 16-cv-561-bbc

UNITED STATES OF AMERICA,

    Respondent.

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America against petitioner Rosalina Velazquez denying petitioner's motion for post conviction relief under 28 U.S.C. § 2255.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | August 25, 2016 |
| Peter Oppeneer, Clerk of Court | Date |